**CENTEX CONSTRUCTION COMPANY, INC.,**
Appellant,

v.

**Francis J. HARVEY, Secretary of the Army, Appellee.**

No. 04–1190.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2005.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

---

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36